UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Diana Frattallone,

               Plaintiff(s),

vs.

GNLV, LLC.,

               Defendant(s).

2:24-cv-01479-APG-MDC

**ORDER DENYING STIPULATION**

The *Stipulation Discovery Plan and Scheduling Order* (ECF No. 9) is **DENIED**. The Court does not find good cause for a 240-day discovery period. This is a personal injury matter with approximately $50,000 in alleged damages. There were no complex legal issues identified and the discovery scheduling matters identified in the stipulation are commonplace. The parties shall submit a discovery plan in compliance with the 180- day period under LR 26-1(b). If necessary, the Court will entertain extensions to discovery for good cause, including showing active and progressive discovery efforts.

DATED this 24th day of September 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge