1  **TYSON & MENDES LLP**
   GRIFFITH H. HAYES
2  Nevada Bar No. 7374
   NICHOLAS F. PSYK
3  Nevada Bar No. 15983
   Emails: ghayes@tysonmendes.com
4          npsy@tysonmendes.com
5  2835 St. Rose Pkwy., Suite 140
   Henderson, NV 89052
6  Telephone: (702) 724-2648
   Facsimile: (702) 410-7684
7  *Attorneys for Defendant, GNLV, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA FRATTALLONE,<br><br>  Plaintiff,<br><br>  v.<br><br>GNLV, LLC d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | Case No. 2:24-cv-01479-APG-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff DIANA FRATTALLONE, by and through their counsel, AMIEE CLARK-NEWEBERY, ESQ. of CLARK NEWBERRY LAW FIRM, Defendant GNLV, LLC, by and through their counsel, GRIFFITH H. HAYES, ESQ. of TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 9th day of April 2025.

**CLARK NEWBERRY LAW FIRM**
 /s/ Aimee Clark-Newberry
AIMEE CLARK NEWBERRY
Nevada Bar No. 11084
410 S. Rampart Blvd., Suite 390
Las Vegas, NV 89145
*Attorneys for Plaintiff*

Dated this 9th day of April 2025.

**TYSON & MENDES LLP**
 /s/ Griffith H. Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant, GNLV, LLC*

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

IT IS HEREBY ORDERED that this case in its entirety, is dismissed WITH PREJUDICE each party to bear its own attorney's fees and costs herein.

IT IS SO ORDERED:

Dated: April 10, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2